JOHN SCHENCK, Respondent, *v.* GEORGE BENGLER et al., Appellants.

(Argued March 15, 1887 ; decided March 25, 1887.)

This was a motion to open a default.

The following is a *mem.* of the opinion :

" *Per Curiam.* The default herein was regularly taken, and the counsel for defendants asks to have it opened and the case restored.

We have looked into the return upon which the case would have to be argued in this court. It is very brief, and not an exception in it worthy of a moment's consideration. The question as to the verdict being excessive cannot be reviewed here. Under these circumstances the motion to open the default should be denied, with $10 costs."

*Isaac Keagleman* for motion.

*Matthew Marx* opposed.

*Per Curiam mem.* for denial of motion.
All concur.
Motion denied.

---

THOMAS J. CHAMBERLAIN et al., Appellants, *v.* HASCAL L. TAYLOR et al., Respondents.

THIS case presented the same questions, with one exception, and was argued and decided with *Chamberlain* v. *Taylor*, (*ante,* p. 185.)